LEPORT WALTON v. STATE

No. 32,608.  December 7, 1960

No attorney for appellant of record on appeal.

*Leon Douglas,* State's Attorney, Austin, for the state.

Per Curiam.

This purports to be an appeal from a conviction for a violation of the liquor laws, with punishment assessed at a fine of $300.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by Art. 827, C.C.P.

In the absence of a notice of appeal the jurisdiction of this court does not attach.

The appeal is dismissed.